# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Richardson, Julius N. | Fourth Circuit Court of Appeals | 08/03/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

1100 Laurel Street
Columbia, South Carolina 29201

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 08/03/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 08/03/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Goldman Sachs | Line of Credit | M |
| 2. Bank of America | Line of Credit | O |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 08/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   First Citizens Bank - Cash Account #1 | A | Interest | J | T | | | | | |
| 2.   Bank of America - Cash Account #2 | A | Interest | K | T | | | | | |
| 3.   Goldman Sachs - Cash Account #3 | B | Interest | P1 | T | | | | | |
| 4.   Trust #1 (H) | | | | | | | | | |
| 5.   - GS International Equity Insights Fund I | | None | K | T | | | | | |
| 6.   - GS U.S. Equity Dividend and Premium Fund Institutional Shares | A | Dividend | K | T | | | | | |
| 7.   - GS International Small Cap Insights Fund I | A | Dividend | J | T | | | | | |
| 8.   - GS Small Cap Value Fund Institutional Class Shares | A | Dividend | J | T | | | | | |
| 9. | | | | | Sold (part) | 06/12/20 | J | A | |
| 10.  - Goldman Sachs Bank USA Deposit (BDA) | A | Interest | J | T | | | | | |
| 11.  - GS Small/MID Cap Growth Fund Class P | | None | K | T | | | | | |
| 12.  - IShares Short-Term ETF Corporate Bond ETF | A | Dividend | L | T | | | | | |
| 13.  - GS Technology Opportunities Fund Class P | | None | K | T | Buy | 06/02/20 | K | | |
| 14.  Trust #2 (H) | | | | | | | | | |
| 15.  - GS Strategic Factor Allocation Fund Institutional | | None | L | T | | | | | |
| 16. | | | | | Sold (part) | 06/05/20 | J | | |
| 17.  - GS International Equity Insights Fund I | | None | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 08/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | - GS International Small Cap Insights Fund I | A | Dividend | K | T | | | | | |
| 19. | - GS U.S. Equity Dividend and Premium Fund Institutional Shares | B | Dividend | M | T | | | | | |
| 20. | - GS Small Cap Value Fund Institutional Class Shares | A | Dividend | L | T | | | | | |
| 21. | - Goldman Sachs Bank USA Deposit (BDA) | A | Interest | J | T | | | | | |
| 22. | - GS Small/MID Cap Growth Fund Class P | | None | K | T | | | | | |
| 23. | - IShares Short-Term ETF Corporate Bond ETF | A | Dividend | K | T | | | | | |
| 24. | - GS Technology Opportunities Fund Class P | | None | K | T | Buy | 06/02/20 | K | | |
| 25. | Trust #3 (H) | | | | | | | | | |
| 26. | - GS Strategic Factor Allocation Fund Institutional | | None | L | T | | | | | |
| 27. | | | | | | Sold (part) | 06/05/20 | J | | |
| 28. | - GS International Equity Insights Fund I | B | Dividend | M | T | | | | | |
| 29. | - GS International Small Cap Insights Fund I | A | Dividend | K | T | | | | | |
| 30. | -GS U.S. Equity Dividend and Premium Fund Institutional Shares | B | Dividend | M | T | | | | | |
| 31. | - GS Small Cap Value Fund Institutional Class Shares | A | Dividend | K | T | | | | | |
| 32. | - Goldman Sachs Bank USA Deposit (BDA) | A | Interest | J | T | | | | | |
| 33. | - GS Small/MID Cap Growth Fund Class P | | None | K | T | | | | | |
| 34. | - IShares Short-Term ETF Corporate Bond ETF | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 08/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - GS Technology Opportunities Fund Class P | | None | K | T | Buy | 06/02/20 | K | | |
| 36. Trust #4 (H) | | | | | | | | | |
| 37. - GS Strategic Factor Allocation Fund Institutional | | None | L | T | | | | | |
| 38. | | | | | Sold (part) | 06/05/20 | J | | |
| 39. - GS U.S. Equity Dividend and Premium Fund Institutional Shares | B | Dividend | M | T | | | | | |
| 40. - GS International Equity Insights Fund I | B | Dividend | M | T | | | | | |
| 41. - GS International Small Cap Insights Fund I | A | Dividend | K | T | | | | | |
| 42. - GS Small Cap Value Fund Institutional Class Shares | A | Dividend | K | T | | | | | |
| 43. - Goldman Sachs Bank USA Deposit (BDA) | A | Interest | J | T | | | | | |
| 44. - GS Small/MID Cap Growth Fund Class P | | None | K | T | | | | | |
| 45. - IShares Short-Term ETF Bond ETF | A | Dividend | K | T | | | | | |
| 46. - GS Technology Opportunities Fund Class P | | None | K | T | Buy | 06/02/20 | K | | |
| 47. Investment Account #1 (H) | | | | | | | | | |
| 48. - Amex Consumers Staples Select Fund 'SPDR' | C | Dividend | | | Sold (part) | 02/27/20 | L | C | |
| 49. | | | | | Sold | 06/03/20 | O | E | |
| 50. - The Financial Select Sector SPDR Fund | A | Dividend | | | Sold | 08/04/20 | K | B | |
| 51. - Goldman Sachs Bank USA Deposit (BDA) | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 08/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.    - SPDR S&P Dividend ETF | C | Dividend | M | T | Buy | 06/03/20 | N | | |
| 53. | | | | | Sold<br>(part) | 08/04/20 | K | A | |
| 54. | | | | | Sold<br>(part) | 08/06/20 | L | A | |
| 55.    - Vanguard FTSE Developed MKTS CMN ETF | B | Dividend | L | T | Buy | 06/03/20 | M | | |
| 56. | | | | | Sold<br>(part) | 08/06/20 | L | A | |
| 57.    - IShares MSCI Europe Financials ETF | A | Dividend | L | T | Buy | 06/04/20 | K | | |
| 58.    Investment Account #2 (H) | | | | | | | | | |
| 59.    - Vanguard Inst Target Retirement 2040 Fund | C | Dividend | N | T | | | | | |
| 60.    Investment Account #3 (H) | | | | | | | | | |
| 61.    - VanguardSmall Cap Index Fund | A | Dividend | L | T | | | | | |
| 62.    Trust #5 (H) | | | | | | | | | |
| 63.    - SPDR S&P 500 ETF Trust | | None | P1 | T | | | | | |
| 64.    - IShares Russell 2000 ETF | | None | N | T | | | | | |
| 65.    - GS High Yield Municipal Fund Institutional Shares | B | Dividend | N | T | | | | | |
| 66.    - Goldman Sachs Bank USA Deposit (BDA) | A | Interest | J | T | | | | | |
| 67.    - GS Short Duration Tax Free Fund Class P | B | Dividend | M | T | Buy | 06/04/20 | K | | |
| 68.    - Amex Consumers Staples Select Fund 'SPDR' | | None | M | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 08/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 06/03/20 | O | E | |
| 70. - JPmorgan Chase & Co. Linked to basket of Indices | | None | L | T | | | | | |
| 71. - The Bank of Nova Scotia Lnkd to NASDAQ 100 Stock INDX | | None | M | T | | | | | |
| 72. - Canadian Imperial Bank of Comm Lnkd to NASDAQ 100 Stock Indx | | None | L | T | | | | | |
| 73. - Vanguard FTSE Developed MKTS CMN ETF | | None | O | T | Buy | 06/03/20 | N | | |
| 74. Trust #6 (H) | | | | | | | | | |
| 75. - Goldman Sachs Bank USA Deposit (BDA) | A | Interest | J | T | | | | | |
| 76. - Amex Consumer Staples Select Fund 'SPDR' | B | Dividend | | | Sold | 06/03/20 | N | E | |
| 77. - GS Short Duration Tax Free Fund Class P | C | Dividend | N | T | | | | | |
| 78. - JPMorgan Chase & Co Linked to Basket of Indices Upside Due 5/11/2020 | | None | | | Matured | 05/11/20 | K | A | |
| 79. - JPMorgan Chase & Co Linked to Euro Stoxx 50 PR Updise Due 5/21/2020 | | None | | | Matured | 05/21/20 | L | A | |
| 80. - NBC Linked to SX7E Auocal Structured Due 7/21 | | None | | | Sold | 09/30/20 | K | B | |
| 81. - Toronto Dominion Bank Linked to S&P Banks Select Indus Due 11/10/21 | | None | L | T | Buy | 10/06/20 | K | | |
| 82. - UBS AG Linked to NASDAQ 100 Stock Due 1/29/2020 | | None | | | Matured | 01/29/20 | L | B | |
| 83. - Societe Generale Linked To ESTX Banks Eur PR | | None | | | Sold | 09/30/20 | K | | |
| 84. - SPDR S&P DIVIDEND ETF | D | Dividend | N | T | Buy (add'l) | 06/03/20 | L | | |
| 85. | | | | | Buy (add'l) | 08/10/20 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 08/03/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Buy<br>(add'l) | 09/24/20 | L | | |
| 87. | | | | | Buy<br>(add'l) | 09/25/20 | L | | |
| 88.  - Citigroup Inc. Linked to Euro Stoxx 50 PR<br>due 7/24/2020 | | None | | | Matured | 07/24/20 | L | B | |
| 89.  - Citigroup Inc. Linked to Euro Stoxx 50 PR<br>due 8/12/2020 | | None | | | Matured | 08/12/20 | L | A | |
| 90.  - BOFA Finance LLC Linked to Basket of<br>Indices | | None | | | Matured | 06/30/20 | M | B | |
| 91.  - JPMorgan Chase & Co. Linked to S&P<br>500 Index | | None | M | T | | | | | |
| 92.  - BNP Paribas Linked to XLP VS. XLY | | None | | | Matured | 10/07/20 | K | | |
| 93.  - Morgan Stanley Fianance LLC LNKD to<br>NASDAQ 100 Stock | | None | L | T | | | | | |
| 94.  - The Bank of Nova Scotia LNKD to<br>NASDAQ 100 Stock | | None | L | T | | | | | |
| 95.  - Societe Generale Linked to Eurostox<br>Banks Inde | | None | | | Sold | 09/24/20 | L | | |
| 96.  - Vanguard FTSE Developed Mkts CMN<br>ETF | C | Dividend | M | T | Buy | 06/03/20 | M | | |
| 97.  - IShares MSCI Europe Financials ETF | A | Dividend | L | T | Buy | 06/04/20 | K | | |
| 98.  - BNP Paribas Linked to Euro Stoxx 50 due<br>10/19/2021 | | None | L | T | Buy | 02/19/20 | L | | |
| 99.  - Royal Bank of Canada linked to SPDR<br>S&P Bank ETF due 01/19/2022 | | None | L | T | Buy | 05/14/20 | L | | |
| 100.  - Canadian Imperial Bank of Comm due<br>07/20/2022 | | None | L | T | Buy | 07/22/20 | K | | |
| 101.  - HSBC USA, Inc Autocallable due<br>07/20/2022 | | None | M | T | Buy | 07/22/20 | K | | |
| 102.  - Toronto Dominion Bank Lnkd to S&P 500<br>due 11/10/2021 | | None | M | T | Buy | 10/06/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 08/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - JPMorgan Chase & Co LImkd to S&P EQL WGT Energy due 12/08/2021 | | None | L | T | Buy | 05/04/20 | K | | |
| 104. - Societe Generale Lnkd to SPDR S&P Oil & Gas Exp | | None | | | Buy | 01/23/20 | L | | |
| 105. | | | | | Sold | 09/25/20 | K | | |
| 106. Investment LLC (35.45% interest) (H) | | | | | | | | | |
| 107. - Undeveloped Tract, Charleston County South Carolina (57.4% interest) | | None | L | W | | | | | |
| 108. - John Hancock Flexible Premium Adjustable Life | D | Interest | O | T | | | | | |
| 109. - Goldman Sachs Bank USA Deposit (BDA) | A | Interest | J | T | | | | | |
| 110. Trust #7 (H) | | | | | | | | | |
| 111. - 3M Co Common | A | Dividend | | | Buy | 01/08/20 | K | | |
| 112. | | | | | Sold | 03/05/20 | K | B | |
| 113. - Abbvie Inc Common | A | Dividend | J | T | Buy | 01/02/20 | J | | |
| 114. | | | | | Buy (add'l) | 01/10/20 | J | | |
| 115. - Accenture PLC Cl A Common Ireland | A | Dividend | | | Sold (part) | 03/25/20 | K | B | |
| 116. | | | | | Buy (add'l) | 04/27/20 | K | | |
| 117. | | | | | Sold (part) | 06/04/20 | J | A | |
| 118. | | | | | Sold | 12/08/20 | K | A | |
| 119. - Altria Group Inc Common | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 08/03/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐     NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - American Elec Pwr Inc Common | A | Dividend | | | Sold | 02/06/20 | J | A | |
| 121. - Anderson S C WTR & SWR SYS Rev Bonds | C | Dividend | M | T | | | | | |
| 122. - Appalachian St Univ NC Rev Ref-Gen-Ser A | B | Dividend | L | T | | | | | |
| 123. - Apple Inc Common | A | Dividend | | | Sold (part) | 02/06/20 | J | A | |
| 124. | | | | | Buy (add'l) | 06/04/20 | J | | |
| 125. | | | | | Sold (part) | 09/17/20 | K | B | |
| 126. | | | | | Sold (part) | 11/27/20 | J | A | |
| 127. | | | | | Sold | 12/08/20 | L | E | |
| 128. - Artisan International Fund | D | Dividend | N | T | | | | | |
| 129. - Artisan International Value Fund | C | Dividend | N | T | | | | | |
| 130. - AT&T Inc Common | A | Dividend | | | Sold (part) | 03/25/20 | K | B | |
| 131. | | | | | Buy (add'l) | 04/27/20 | K | | |
| 132. | | | | | Sold (part) | 05/30/20 | K | B | |
| 133. | | | | | Sold (part) | 06/04/20 | J | A | |
| 134. | | | | | Buy (add'l) | 08/18/20 | K | | |
| 135. | | | | | Sold | 12/08/20 | K | A | |
| 136. - Automatic Data Processing Inc Common | A | Dividend | | | Sold (part) | 06/04/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 08/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 12/08/20 | K | A | |
| 138. - Baxter Intl Inc COM | A | Dividend | | | Sold (part) | 06/04/20 | J | A | |
| 139. | | | | | Sold | 12/08/20 | K | B | |
| 140. - Truist Finl Corp Com (formerly BB&T Corp Common) | A | Dividend | | | Buy | 01/23/20 | J | | |
| 141. | | | | | Buy (add'l) | 03/19/20 | J | | |
| 142. | | | | | Sold | 03/25/20 | K | B | |
| 143. - Blackrock Inc Class A | A | Dividend | | | Sold (part) | 06/04/20 | J | B | |
| 144. | | | | | Sold | 12/08/20 | K | B | |
| 145. - Blackrock Liquidity Fedfund Institutional Class | B | Dividend | N | T | | | | | |
| 146. - Blackrock Small Cap Growth Equity Portfolio CL I | | None | | | Redeemed | 03/31/20 | M | D | |
| 147. - Boeing Co Common | A | Dividend | L | T | | | | | |
| 148. - Barclays PLC Senior Unsecured Note DTD 11/10/14 2.75% Due 11/8/19 | | None | | | Redeemed | 01/01/20 | K | A | |
| 149. - Bristol Myers Squibb Co Common | A | Dividend | | | Sold (part) | 03/25/20 | K | C | |
| 150. | | | | | Buy (add'l) | 04/27/20 | K | | |
| 151. | | | | | Sold (part) | 06/04/20 | J | A | |
| 152. | | | | | Sold | 12/08/20 | K | | |
| 153. - Charlotte-Mecklenburg Hosp Aut Ref Rev BDS DTD 11/22/16 | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 08/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.  - Chase Issuance TR 2015-a4 CL a DTD 5/1/15 1.840% Due 4/15/22 | A | Dividend | | | Sold | 04/15/20 | K | C | |
| 155.  - Chevron Corp Common | C | Dividend | | | Buy | 01/23/20 | J | | |
| 156. | | | | | Sold (part) | 03/25/20 | K | B | |
| 157. | | | | | Buy (add'l) | 04/27/20 | L | | |
| 158. | | | | | Sold | 12/08/20 | L | C | |
| 159.  - Chubb LTD Common Switzerland | A | Dividend | | | Sold | 12/08/20 | K | | |
| 160.  - Cisco SYS Inc Common | B | Dividend | | | Sold (part) | 06/04/20 | J | A | |
| 161. | | | | | Sold (part) | 10/01/20 | J | A | |
| 162. | | | | | Sold | 12/08/20 | L | | |
| 163.  - CitiGroup Inc SR GBL NT C01/24/22 @ 10 DTD 1/24/18 3.142%DUE 1/24/23 | B | Dividend | L | T | | | | | |
| 164.  - CME Group Inc Common | A | Dividend | | | Sold (part) | 06/04/20 | J | | |
| 165. | | | | | Sold | 12/08/20 | K | | |
| 166.  - CMS Energy Corp Common | A | Dividend | | | Sold (part) | 06/04/20 | J | | |
| 167. | | | | | Sold | 12/08/20 | J | | |
| 168.  - College Station Tex Go Refunds Bonds DTD 07/01/16 5% Due 02/15/26 | B | Dividend | L | T | | | | | |
| 169.  - Columbia Select Large Cap Growth Fund Instl3 Cl | F | Dividend | N | T | | | | | |
| 170.  - Comcast Corp New CL A Common | B | Dividend | | | Sold | 02/21/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 08/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.   - Comcast Corp Unsecured Senior Note Dtd 10/5/18 3.3% Due 10/1/20 | A | Dividend | | | Buy | 02/06/20 | J | | |
| 172. | | | | | Sold (part) | 06/04/20 | J | A | |
| 173. | | | | | Buy (add'l) | 11/27/20 | J | | |
| 174. | | | | | Sold | 12/08/20 | L | A | |
| 175.   - Constellation Brands Inc | A | Dividend | | | Sold | 10/16/20 | K | A | |
| 176.   - Crown Castle Intl Corp Reits | A | Dividend | | | Sold (part) | 06/04/20 | J | A | |
| 177. | | | | | Sold | 12/08/20 | K | | |
| 178.   - Cummins Inc Common | A | Dividend | | | Sold (part) | 03/25/20 | J | | |
| 179. | | | | | Buy (add'l) | 04/27/20 | J | | |
| 180. | | | | | Sold (part) | 06/04/20 | J | | |
| 181. | | | | | Sold | 12/08/20 | K | | |
| 182.   - CVS Health Corp Common | B | Dividend | | | Sold | 12/22/20 | J | | |
| 183.   - Digital Rlty Tr Inc Reits | A | Dividend | | | Sold (part) | 06/04/20 | J | | |
| 184. | | | | | Sold | 12/18/20 | K | | |
| 185.   - Disney Walt Co Common Disney | A | Dividend | | | Sold (part) | 02/06/20 | J | A | |
| 186. | | | | | Sold (part) | 03/25/20 | J | A | |
| 187. | | | | | Buy (add'l) | 04/27/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 08/03/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A | B (1) | B (2) | C (1) | C (2) | D (1) | D (2) | D (3) | D (4) | D (5) |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | Amount Code 1 (A-H) | Type (e g , div , rent, or int ) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | Type (e g , buy, sell, redemption) | Date mm/dd/yy | Value Code 2 (J-P) | Gain Code 1 (A-H) | Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold | 04/30/20 | K | B | |
| 189.  - District Columbia Hosp Rev Ref BDS DTD 9/17/15 05.000 Due 7/15/25 | B | Dividend | L | T | | | | | |
| 190.  - Dominion Energy Inc Common | A | Dividend | | | Sold (part) | 06/04/20 | J | | |
| 191. | | | | | Sold | 12/08/20 | J | | |
| 192.  - Dowdupont Inc Common | B | Dividend | | | Matured | 11/16/20 | K | A | |
| 193. | | | | | | | | | |
| 194.  - Eversource Energy Common | A | Dividend | | | Sold (part) | 06/04/20 | J | A | |
| 195. | | | | | Sold | 12/08/20 | K | A | |
| 196.  - Excelsior Private Markets Fund III (TI) LLC Valuation DTD 12/29/17 | D | Dividend | M | T | | | | | |
| 197.  - Exxon Mobil Corp Common | | None | | | Sold | 01/23/20 | K | D | |
| 198.  - Federal Home LN MTG Corp Ser 4068 | A | Dividend | J | T | | | | | |
| 199.  - Federal Home LN MTG Corp Ser 4322 | A | Dividend | J | T | | | | | |
| 200.  - Federal Natl Assn Pool #AL1193 | B | Dividend | K | T | | | | | |
| 201.  - Federal Natl MTG Assn Pool #AL5883 | A | Dividend | K | T | | | | | |
| 202.  - Federal Natl MTG Assn Pool #AW7402 | A | Dividend | J | T | | | | | |
| 203.  - Federal Natl MTG Assn Pool #AS2947 DTD 6/1/14 4% DUE 7/1/44 | B | Dividend | L | T | | | | | |
| 204.  - Federal Natl MTG Assn Pool #BM1880 DTD 10/1/17 | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 08/03/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205.   - Federated Strategic Value Fund Instl | E | Dividend | O | T | | | | | |
| 206.   - General Elec Co Common | A | Dividend | J | T | | | | | |
| 207.   - Georgetown Cnty SC Go Ref Bonds | B | Dividend | | | Sold | 02/21/20 | M | C | |
| 208.   - Gilead Sciences | A | Dividend | | | Sold<br>(part) | 06/04/20 | J | A | |
| 209. | | | | | Sold | 12/08/20 | J | A | |
| 210.   - Hershey Co COM | A | Dividend | | | Sold<br>(part) | 06/04/20 | J | A | |
| 211. | | | | | Sold | 12/08/20 | J | A | |
| 212.   - Home Depot Inc Common | B | Dividend | | | Sold<br>(part) | 06/04/20 | J | A | |
| 213. | | | | | Sold | 12/08/20 | L | D | |
| 214.   - Honeywell Intl Inc Common | B | Dividend | | | Sold<br>(part) | 06/04/20 | J | A | |
| 215. | | | | | Sold | 12/08/20 | L | B | |
| 216.   - Ingersoll Rand Inc | | None | | | Sold<br>(part) | 03/19/20 | J | A | |
| 217. | | | | | Sold<br>(part) | 03/19/20 | J | A | |
| 218. | | | | | Sold<br>(part) | 03/20/20 | J | A | |
| 219. | | | | | Sold<br>(part) | 03/20/20 | J | A | |
| 220. | | | | | Sold | 04/13/20 | J | A | |
| 221.   - Intel Corp Common | A | Dividend | | | Sold<br>(part) | 01/23/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 08/03/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. | | | | | Sold<br>(part) | 06/04/20 | J | A | |
| 223. | | | | | Sold<br>(part) | 08/03/20 | K | A | |
| 224. | | | | | Sold | 08/20/20 | J | A | |
| 225.   - International Business Machs | B | Dividend | | | Buy | 02/06/20 | J | | |
| 226. | | | | | Sold<br>(part) | 03/25/20 | K | B | |
| 227. | | | | | Buy<br>(add'l) | 04/27/20 | K | | |
| 228. | | | | | Sold<br>(part) | 06/04/20 | J | A | |
| 229. | | | | | Sold | 12/08/20 | K | B | |
| 230.   - IShares Core MSCI EAFE ETF | | None | | | Sold | 04/01/20 | L | C | |
| 231.   - Ishares Core MSCI Emerging Mkts ETF | | None | | | Sold | 04/01/20 | N | E | |
| 232.   - JPMorgan Chase & Co Common | C | Dividend | | | Buy | 05/15/20 | J | | |
| 233. | | | | | Sold | 12/08/20 | M | D | |
| 234.   - Janus Enterprise Fund CL I | E | Dividend | M | T | | | | | |
| 235.   - Johnson & Johnson Common | C | Dividend | L | T | Buy | 03/24/20 | J | | |
| 236. | | | | | Sold<br>(part) | 12/09/20 | M | E | |
| 237.   - JPMorgan Chase & Co Unsecd SR NT<br>DTD 1/25/13 3.2% Due 1/25/23 | B | Dividend | L | T | | | | | |
| 238.   - JPMorgan TR I Emerging Mkts Equity FD<br>Select | A | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2  Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 08/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. - Kimberly Clark Corp Common | A | Dividend | | | Sold<br>(part) | 06/04/20 | J | A | |
| 240. | | | | | Sold | 12/08/20 | K | C | |
| 241. - KLA-Tencor Corp Common | A | Dividend | | | Sold<br>(part) | 06/04/20 | J | A | |
| 242. | | | | | Sold | 12/08/20 | K | D | |
| 243. - Lake Cnty ILL Go Sales Tax Alt Rev<br>Source REF DTD 4/23/18 | B | Dividend | L | T | | | | | |
| 244. - LAM Research Corp Common | A | Dividend | | | Sold<br>(part) | 06/04/20 | J | A | |
| 245. | | | | | Sold | 12/08/20 | L | B | |
| 246. - Lancaster PA Go BDB DTD 4/7/16 05.000<br>Due 11/01/24 | B | Dividend | L | T | | | | | |
| 247. - Lexington Cnty SC Rural Rec D Go Ref<br>BDS DTD 2/20/14 | C | Dividend | L | T | | | | | |
| 248. - Lilly Eli & Co Common | A | Dividend | | | Sold<br>(part) | 06/04/20 | J | A | |
| 249. | | | | | Sold | 12/08/20 | K | C | |
| 250. - Lockheed Martin Corp Common | B | Dividend | | | Sold<br>(part) | 06/04/20 | J | B | |
| 251. | | | | | Sold | 12/08/20 | L | C | |
| 252. - Marsh & McLennan Cos Inc Common | A | Dividend | | | Sold<br>(part) | 06/04/20 | J | B | |
| 253. | | | | | Sold | 12/08/20 | K | A | |
| 254. - McDonalds Corp Common | A | Dividend | | | Sold<br>(part) | 02/06/20 | J | A | |
| 255. | | | | | Sold<br>(part) | 06/04/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 08/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256. | | | | | Buy<br>(add'l) | 07/23/20 | J | | |
| 257. | | | | | Sold | 12/08/20 | K | A | |
| 258.   - Medtronic PLC Common Ireland | A | Dividend | | | Buy | 03/24/20 | J | | |
| 259. | | | | | Sold<br>(part) | 03/25/20 | K | A | |
| 260. | | | | | Buy<br>(add'l) | 04/27/20 | K | | |
| 261. | | | | | Sold<br>(part) | 06/04/20 | J | A | |
| 262. | | | | | Sold | 12/08/20 | K | | |
| 263.   - Merck & Co Inc New Common | A | Dividend | | | Buy | 03/24/20 | J | | |
| 264. | | | | | Sold | 12/08/20 | K | B | |
| 265.   - MFS Value Fund CL R5 | B | Dividend | M | T | | | | | |
| 266.   - Microsoft Corp Common | B | Dividend | | | Sold<br>(part) | 02/06/20 | J | A | |
| 267. | | | | | Sold<br>(part) | 06/04/20 | J | A | |
| 268. | | | | | Sold<br>(part) | 06/25/20 | J | A | |
| 269. | | | | | Sold<br>(part) | 11/27/20 | J | B | |
| 270. | | | | | Sold | 12/08/20 | L | E | |
| 271.   - Milwaukee Wisconsin GO Bonds | B | Dividend | L | T | | | | | |
| 272.   - Mississippi Dev BK SPL Oblig | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 08/03/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273.  - Morgan Stanley Sr Unsecd Gmnt DTD 7/23/15 4% Due 7/23/25 | A | Dividend | K | T | | | | | |
| 274.  - New York NY GO BDS DTD 5/27/16 05.000 Due 8/01/25 | B | Dividend | L | T | | | | | |
| 275.  - Nextera Energy Inc Common | A | Dividend | | | Sold (part) | 06/04/20 | J | A | |
| 276. | | | | | Sold | 12/08/20 | K | B | |
| 277.  - Northern TR Corp Common | A | Dividend | | | Buy | 02/06/20 | J | | |
| 278. | | | | | Sold (part) | 03/25/20 | J | A | |
| 279. | | | | | Buy (add'l) | 04/27/20 | K | | |
| 280. | | | | | Buy (add'l) | 05/15/20 | J | | |
| 281. | | | | | Sold | 12/08/20 | K | A | |
| 282.  - Ohio St Dept Administrative SV Cops DTD 11/02/16 05.000 Due 9/01/24 | B | Dividend | L | T | | | | | |
| 283.  - Packaging Corp Amer | A | Dividend | | | Sold (part) | 03/25/20 | J | A | |
| 284. | | | | | Buy (add'l) | 04/27/20 | J | | |
| 285. | | | | | Buy (add'l) | 05/28/20 | J | | |
| 286. | | | | | Buy (add'l) | 05/29/20 | J | | |
| 287. | | | | | Sold | 12/08/20 | J | A | |
| 288.  - Parker Hannifin Corp Common | A | Dividend | | | Sold (part) | 06/04/20 | J | A | |
| 289. | | | | | Sold | 12/08/20 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 08/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 290. - Pennsylvania ST TPK Common TPK REV BDS DTD 10/11/17 | B | Dividend | L | T | | | | | |
| 291. - Pepsico Inc Common | B | Dividend | K | T | Sold (part) | 06/04/20 | J | A | |
| 292. | | | | | Sold (part) | 07/23/20 | J | A | |
| 293. | | | | | Sold (part) | 12/09/20 | K | B | |
| 294. - Pfizer Inc Common | A | Dividend | | | Sold | 03/24/20 | J | A | |
| 295. | | | | | Sold (part) | 03/25/20 | J | A | |
| 296. | | | | | Sold | 11/27/20 | J | | |
| 297. - Philip Morris Intl Inc Common | C | Dividend | K | T | Sold (part) | 06/04/20 | J | A | |
| 298. | | | | | Sold (part) | 12/09/20 | J | A | |
| 299. | | | | | Sold (part) | 12/09/20 | J | A | |
| 300. | | | | | Sold (part) | 12/09/20 | J | A | |
| 301. | | | | | Sold (part) | 12/09/20 | J | A | |
| 302. | | | | | Sold (part) | 12/09/20 | J | A | |
| 303. - PNC Finl Svcs Group Inc Common | B | Dividend | | | Buy | 05/15/20 | J | | |
| 304. | | | | | Sold | 12/08/20 | L | B | |
| 305. - Price T Rowe Group Inc Common | A | Dividend | | | Sold (part) | 06/04/20 | J | A | |
| 306. | | | | | Buy (add'l) | 10/01/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 08/03/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold | 12/08/20 | K | A | |
| 308.   - Principal Finl Group Inc | A | Dividend | | | Sold (part) | 03/19/20 | J | A | |
| 309. | | | | | Sold | 03/20/20 | J | A | |
| 310.   - Procter & Gamble Co Common | C | Dividend | L | T | Sold (part) | 06/04/20 | J | A | |
| 311. | | | | | Sold (part) | 12/09/20 | J | A | |
| 312. | | | | | Sold (part) | 12/09/20 | J | A | |
| 313. | | | | | Sold (part) | 12/09/20 | J | A | |
| 314. | | | | | Sold (part) | 12/09/20 | K | A | |
| 315.   - Prudential Global Real Estate Fund CL Z | | None | | | Redeemed | 03/31/20 | K | A | |
| 316.   - Regions BK Birmingham ALA | A | Dividend | | | Sold | 05/21/20 | K | A | |
| 317.   - South Carolina Jobs-Economic D Ref Impt Bds DTD 6/28/18 | B | Dividend | L | T | | | | | |
| 318.   - Sonoco Prods Co Common | A | Dividend | | | Sold (part) | 03/25/20 | J | A | |
| 319. | | | | | Buy (add'l) | 04/27/20 | J | | |
| 320. | | | | | Sold (part) | 06/04/20 | J | A | |
| 321. | | | | | Sold | 12/08/20 | J | | |
| 322.   - Southern Co Common | A | Dividend | K | T | | | | | |
| 323.   - Sullivan Cnty Tenn Go SCH BDS DTD 3/30/17 05.000 Due 5/01/24 | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 08/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324.  - Suntrust Bk Atl GA Unsecd Med Term SR BK NT C10/26/20 | B | Dividend | | | Sold | 10/26/20 | K | | |
| 325.  - Tampa Fla Sports Authority Revenue Bonds | B | Dividend | L | T | | | | | |
| 326.  - Texas Instrs Inc Common | B | Dividend | | | Sold (part) | 06/04/20 | J | B | |
| 327. | | | | | Sold | 12/08/20 | L | | |
| 328.  - TJX Cos Inc New Common | A | Dividend | | | Sold | 03/25/20 | J | A | |
| 329.  - Union Pac Corp Common | B | Dividend | | | Sold (part) | 06/04/20 | J | A | |
| 330. | | | | | Sold | 12/08/20 | K | C | |
| 331.  - United Technologies Corp Common | A | Dividend | | | | | | | |
| 332.  - Unitedhealth Group Inc Common | A | Dividend | | | Buy | 03/19/20 | J | | |
| 333. | | | | | Buy (add'l) | 03/24/20 | J | | |
| 334. | | | | | Sold (part) | 06/04/20 | J | A | |
| 335. | | | | | Sold | 12/08/20 | K | B | |
| 336.  - US Bancorp Del Common New | B | Dividend | | | Buy | 03/19/20 | J | | |
| 337. | | | | | Buy (add'l) | 03/20/20 | J | | |
| 338. | | | | | Sold (part) | 03/25/20 | K | A | |
| 339. | | | | | Buy (add'l) | 04/27/20 | K | | |
| 340. | | | | | Buy (add'l) | 05/15/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 08/03/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 341. | | | | | Buy<br>(add'l) | 11/27/20 | J | | |
| 342. | | | | | Sold | 12/08/20 | K | A | |
| 343.  - UST Global Private Markets Fund LLC | G | Dividend | M | T | | | | | |
| 344.  - Valero Energy Corp New Common | B | Dividend | | | Buy | 01/23/20 | J | | |
| 345. | | | | | Sold<br>(part) | 03/25/20 | J | A | |
| 346. | | | | | Buy<br>(add'l) | 04/27/20 | J | | |
| 347. | | | | | Sold | 12/08/20 | K | B | |
| 348.  - Vanguard Growth ETF | D | Dividend | P1 | T | Buy | 12/08/20 | P1 | | |
| 349.  - Vanguard Dividend Appreciation Index<br>Fund | C | Dividend | | | Sold<br>(part) | 01/08/20 | L | A | |
| 350. | | | | | Buy<br>(add'l) | 03/25/20 | O | | |
| 351. | | | | | Sold | 04/27/20 | O | E | |
| 352.  - Vanguard Mid-Cap ETF | A | Dividend | | | Sold | 04/01/20 | K | A | |
| 353.  - Vanguard Mid-Cap Growth Index Fund | B | Dividend | M | T | | | | | |
| 354.  - Vanguard Real Estate ETF | D | Dividend | N | T | Buy | 04/01/20 | K | | |
| 355.  - Vanguard Small-Cap ETF | A | Dividend | | | Sold | 04/01/20 | L | C | |
| 356.  - Victory Small Co Oppty Fund CL I SHS | | | | | Redeemed | 03/31/20 | M | D | |
| 357.  - Virtus Ceredex Mid Cap Value Equity<br>Fund Cl I | | | | | Redeemed | 03/31/20 | M | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2  Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 08/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 358. - Walmart Inc Common | A | Dividend | | | Buy | 04/08/20 | J | | |
| 359. | | | | | Sold (part) | 06/04/20 | J | A | |
| 360. | | | | | Sold | 12/08/20 | K | A | |
| 361. - Waste MGMT Inc Del Common | A | Dividend | | | Sold (part) | 06/04/20 | J | A | |
| 362. | | | | | Sold | 12/08/20 | K | A | |
| 363. - WEC Energy Group Inc Common | A | Dividend | | | Sold (part) | 06/04/20 | J | A | |
| 364. | | | | | Sold | 12/08/20 | K | A | |
| 365. - Wells Fargo & Co New Common | A | Dividend | | | Buy | 03/19/20 | J | | |
| 366. | | | | | Sold (part) | 03/25/20 | K | A | |
| 367. | | | | | Buy (add'l) | 04/27/20 | K | | |
| 368. | | | | | Sold | 05/15/20 | K | A | |
| 369. - WFRBS Coml MTG TR 2013-UBS1 MTG Passthru | B | Dividend | | | Sold | 11/18/20 | K | A | |
| 370. - Xcel Energy Inc Com | A | Dividend | | | Sold (part) | 06/04/20 | J | A | |
| 371. | | | | | Sold | 12/08/20 | K | A | |
| 372. - York Cnty SC SCH Dist NO 003 Go Ref Bonds | C | Dividend | M | T | | | | | |
| 373. - Allstate Corp Com | A | Dividend | | | Buy | 03/19/20 | J | | |
| 374. | | | | | Buy (add'l) | 03/20/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 08/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Sold (part) | 03/25/20 | K | A | |
| 376. | | | | | Buy (add'l) | 04/27/20 | K | | |
| 377. | | | | | Buy (add'l) | 05/15/20 | J | | |
| 378. | | | | | Sold | 12/08/20 | K | B | |
| 379. - Aercap Ireland Cap LTD / Aercap GBL Aviation | B | Dividend | K | T | | | | | |
| 380. - AT&T Inc SR Unsecd NT Call 2/15/25 @100 DTD 5/4/15 Due 5/15/25 | A | Dividend | K | T | | | | | |
| 381. - Blackrock High Yield Bond Portfolio Instl CL | C | Dividend | L | T | Buy | 04/02/20 | K | | |
| 382. - Deere & CO Com | A | Dividend | | | Sold (part) | 03/25/20 | J | A | |
| 383. | | | | | Buy (add'l) | 04/27/20 | J | | |
| 384. | | | | | Buy (add'l) | 06/25/20 | J | | |
| 385. | | | | | Sold | 12/08/20 | K | B | |
| 386. - Dow Inc Com | A | Dividend | | | Sold | 03/25/20 | J | A | |
| 387. - Eaton Vance FLTG Rate Fund CL I | C | Dividend | L | T | Buy | 04/02/20 | K | | |
| 388. - Federal Home LN MTG Corp Pool #G07806 | B | Dividend | K | T | | | | | |
| 389. - Federal Home LN MTG Corp Pool #G08660 | B | Dividend | K | T | | | | | |
| 390. - Federal Home LN MTG Corp Pool #SB0036 | B | Dividend | L | T | | | | | |
| 391. - Ford CR Auto Lease TR 2019-B NT CL A-3 | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 08/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392.  - Kinder Morgan Energy Partners L P SR Unsecd NT DTD 5/19/10 | B | Dividend | | | Matured | 09/15/20 | K | | |
| 393.  - M&T BK Corp Com | A | Dividend | | | Sold (part) | 03/19/20 | J | A | |
| 394. | | | | | Sold | 03/20/20 | J | A | |
| 395.  - Mondelez Intl Inc Com | A | Dividend | | | Sold (part) | 03/25/20 | J | A | |
| 396. | | | | | Buy (add'l) | 04/27/20 | J | | |
| 397. | | | | | Sold | 12/08/20 | K | A | |
| 398.  - Pioneer Nat Res Co SR Unsecd NT Call 4/15/22 | A | Dividend | | | Sold | 05/27/20 | K | A | |
| 399.  - Southcentral PA Gen Auth Rev BDS DTD 4/3/19 Due 6/1/28 | C | Dividend | L | T | | | | | |
| 400.  - Target Corp Com | A | Dividend | | | Buy | 02/06/20 | J | | |
| 401. | | | | | Sold (part) | 03/25/20 | K | A | |
| 402. | | | | | Buy (add'l) | 04/27/20 | K | | |
| 403. | | | | | Sold (part) | 06/04/20 | J | A | |
| 404. | | | | | Buy (add'l) | 06/25/20 | J | | |
| 405. | | | | | Buy (add'l) | 09/17/20 | J | | |
| 406. | | | | | Buy (add'l) | 11/27/20 | J | | |
| 407. | | | | | Sold | 12/08/20 | L | A | |
| 408.  - United Parcel Svc Inc Cl B | A | Dividend | | | Sold (part) | 03/25/20 | K | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 08/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (*No reportable income, assets, or transactions.*)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 409. | | | | | Buy<br>(add'l) | 04/27/20 | K | | |
| 410. | | | | | Sold<br>(part) | 06/25/20 | J | A | |
| 411. | | | | | Sold | 12/08/20 | K | A | |
| 412.  - United States Treas NT DTD 5/31/15<br>1.500% Due 5/31/20 | A | Dividend | | | Buy | 03/13/20 | L | | |
| 413. | | | | | Sold<br>(part) | 04/20/20 | L | B | |
| 414. | | | | | Matured | 06/01/20 | K | A | |
| 415.  - United State Treas NT DTD 9/30/18<br>2.750% Due 9/30/20 | A | Dividend | | | Matured | 09/30/20 | J | A | |
| 416.  - United States Treas NT DTD 12/31/18<br>2.625% Due 12/31/25 | A | Dividend | K | T | | | | | |
| 417.  - United States Treas NT DTD 8/15/18<br>2.875% Due 8/15/28 | B | Dividend | L | T | | | | | |
| 418.  - United States Treas NT DTD 5/15/19<br>2.375% Due 5/15/29 | A | Dividend | | | Sold | 03/12/20 | L | A | |
| 419.  - Verizon Communications Inc | B | Dividend | | | Buy | 02/06/20 | J | | |
| 420. | | | | | Sold<br>(part) | 03/25/20 | K | A | |
| 421. | | | | | Buy<br>(add'l) | 04/27/20 | K | | |
| 422. | | | | | Sold<br>(part) | 06/04/20 | J | A | |
| 423. | | | | | Buy<br>(add'l) | 11/27/20 | J | | |
| 424. | | | | | Sold | 12/08/20 | K | A | |
| 425.  - Verizon Communications Inc SR Unsced<br>NT DTD 9/18/15 | A | Dividend | | | Sold | 08/08/20 | K | B | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 08/03/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 426. - Verizon Communications Inc SR Unsced NT DTD 9/18/13 | A | Dividend | | | Sold | 08/08/20 | K | B | |
| 427. - Abbott Labs | A | Dividend | | | Sold (part) | 03/25/20 | J | A | |
| 428. | | | | | Buy (add'l) | 04/27/20 | J | | |
| 429. | | | | | Sold (part) | 06/04/20 | J | A | |
| 430. | | | | | Sold | 12/08/20 | K | B | |
| 431. - Abbvie Inc Unsecd | | None | K | T | | | | | |
| 432. - American Intl Group Inc SR Unsecd NT DTD 5/24/12 4.875% Due 6/01/22 | A | Dividend | | | Matured | 09/10/20 | J | B | |
| 433. - American Intl Group Inc SR Unsecd NT DTD 8/9/13 3.375% Due 8/15/20 | A | Dividend | | | Matured | 08/17/20 | J | B | |
| 434. - American Intl Group Inc SR Unsecd NT Call 2/01/21 @ DTD 2/26/16 | A | Dividend | | | Sold | 09/10/20 | J | A | |
| 435. - Broadcom Inc | B | Dividend | | | Buy | 01/23/20 | J | | |
| 436. | | | | | Sold (part) | 03/25/20 | K | A | |
| 437. | | | | | Buy (add'l) | 04/27/20 | K | | |
| 438. | | | | | Sold (part) | 06/04/20 | J | A | |
| 439. | | | | | Buy (add'l) | 08/03/20 | J | | |
| 440. | | | | | Sold | 12/08/20 | L | C | |
| 441. - Clark CNTY Wash Sch Dist No 11 | C | Dividend | L | T | | | | | |
| 442. - Energy Transfer Partners LP | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 08/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. - Northrop Grumman Corp | A | Dividend | | | Sold (part) | 03/25/20 | J | A | |
| 444. | | | | | Buy (add'l) | 04/27/20 | K | | |
| 445. | | | | | Sold (part) | 06/04/20 | J | A | |
| 446. | | | | | Buy (add'l) | 09/17/20 | J | | |
| 447. | | | | | Sold | 12/08/20 | K | A | |
| 448. - Pembroke Pines FLA Cap IMPT RE | B | Dividend | L | T | | | | | |
| 449. - Bank 2019-BNK22 Coml Mtg PassThru CTF CL A-1 Dtd 11/01/19 | | None | K | T | Buy | 12/10/20 | K | | |
| 450. - BMW Veh Oner TR 2019-A Asset Backed NT CL A-4 Dtd 9/18/19 | A | Dividend | L | T | Buy | 11/25/20 | L | | |
| 451. - Boeing Co Unsecd Due 2/1/30 | A | Dividend | K | T | Buy | 02/12/20 | K | | |
| 452. - Carrier Global Corp | A | Dividend | J | T | | | | | |
| 453. - Clearbridge Small Cap Growth Fund CL IS | D | Dividend | M | T | Buy | 03/31/20 | M | | |
| 454. - Credit Suisse Group FDG Guernsey LTD | B | Dividend | L | T | Buy | 01/08/20 | L | | |
| 455. - Federal Home LN MTG Corp Pool #RA3538 | A | Dividend | L | T | Buy | 10/14/20 | L | | |
| 456. - Federal Natl MTG Assn Pool #FM4996 | | None | K | T | Buy | 12/14/20 | K | | |
| 457. - General Mtrs Finl Co Inc | B | Dividend | K | T | Buy | 03/03/20 | K | | |
| 458. | | | | | Buy (add'l) | 03/04/20 | J | | |
| 459. - IShares Core S&P Mid Cap ETF | A | Dividend | L | T | Buy | 04/01/20 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 08/03/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 460.  - IShares Core S&P Small-Cap | B | Dividend | M | T | Buy | 04/01/20 | L | | |
| 461. | | | | | Buy<br>(add'l) | 12/08/20 | M | | |
| 462.  - Metropolitan Transn Auth | B | Dividend | L | T | Buy | 07/31/20 | L | | |
| 463.  - MFS Mid Cap Value Fund CL R5 | B | Dividend | M | T | Buy | 03/31/20 | M | | |
| 464.  - Natixis Loomis Sayles Growth Fund CL Y | B | Dividend | K | T | Buy | 05/14/20 | J | | |
| 465. | | | | | Buy<br>(add'l) | 05/21/20 | J | | |
| 466. | | | | | Buy<br>(add'l) | 06/25/20 | J | | |
| 467.  -Otis Worldwide Corp Com | A | Dividend | J | T | Sold<br>(part) | 05/29/20 | J | A | |
| 468.  - Raytheon Technologies Corp Com | A | Dividend | K | T | | | | | |
| 469.  - Shire ACQ UNV Ireland DA SR | | None | K | T | Buy | 10/06/20 | K | | |
| 470.  - United States Treas NT DTD<br>4/15/20 .250% DUE 4/15/23 | A | Dividend | M | T | Buy | 04/27/20 | K | | |
| 471. | | | | | Buy<br>(add'l) | 06/02/20 | L | | |
| 472.  - United States Treas NT DTD 4/16/18<br>2.375% DUE 4/15/21 | | None | L | T | Buy | 10/23/20 | L | | |
| 473.  - United States Treas NT DTD<br>5/15/20 .125% DUE 5/15/23 | A | Dividend | K | T | Buy | 09/30/20 | K | | |
| 474.  - United States Treas NT DTD 9/30/16<br>1.125% DUE 9/30/21 | A | Dividend | K | T | Buy | 08/03/20 | L | | |
| 475. | | | | | Sold<br>(part) | 10/06/20 | K | A | |
| 476.  - United States Treas NT DTD<br>8/17/20 .625% DUE 8/15/30 | | None | K | T | Buy | 09/15/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 08/03/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐　　NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 477.　- University Conn Go BDS 12/17/20 5.000 DUE 2/15/24 | | None | L | T | Buy | 12/17/20 | L | | |
| 478.　- Vanguard FTSE Developed Markets ETF | B | Dividend | M | T | Buy | 04/01/20 | L | | |
| 479.　- Vanguard FTSE Emerging Mkts ETf | D | Dividend | O | T | Buy | 04/01/20 | N | | |
| 480.　- Vanguard Value ETF | D | Dividend | P1 | T | Buy | 12/08/20 | P1 | | |
| 481. | | | | | Buy<br>(add'l) | 12/09/20 | M | | |
| 482.　- Wells Fargo BK N A San Francisco CA Unsecd Medium Term | A | Dividend | K | T | Buy | 06/08/20 | K | | |
| 483.　- Wells Fargo Special Small Cap Value Fund Instl CL | B | Dividend | M | T | Buy | 03/31/20 | M | | |
| 484. | | | | | Buy<br>(add'l) | 05/14/20 | J | | |
| 485. | | | | | Buy<br>(add'l) | 05/21/20 | J | | |
| 486.　- Ameren Corp Com | A | Dividend | | | Sold<br>(part) | 06/04/20 | J | | |
| 487. | | | | | Sold | 12/08/20 | K | A | |
| 488.　- Analog Devices Inc Com | A | Dividend | | | Buy | 08/03/20 | J | | |
| 489. | | | | | Buy<br>(add'l) | 08/20/20 | J | | |
| 490. | | | | | Buy<br>(add'l) | 08/21/20 | J | | |
| 491. | | | | | Buy<br>(add'l) | 09/17/20 | J | | |
| 492. | | | | | Sold | 12/08/20 | K | A | |
| 493.　- Avalonbay Cmntys Inc Com | A | Dividend | | | Buy | 02/20/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 08/03/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 494. | | | | | Buy (add'l) | 02/21/20 | J | | |
| 495. | | | | | Sold (part) | 03/25/20 | J | A | |
| 496. | | | | | Buy (add'l) | 04/27/20 | J | | |
| 497. | | | | | Sold (part) | 06/04/20 | J | | |
| 498. | | | | | Sold | 12/08/20 | J | A | |
| 499. - Avery Dennison Corp Com | A | Dividend | | | Buy | 10/01/20 | J | | |
| 500. | | | | | Buy (add'l) | 10/02/20 | J | | |
| 501. | | | | | Sold | 12/08/20 | J | A | |
| 502. - Blackrock High Yield BD Port Fund CL K | A | Dividend | | | | | | | |
| 503. - Conocophillips Com | B | Dividend | | | Buy | 01/08/20 | K | | |
| 504. | | | | | Buy (add'l) | 01/23/20 | J | | |
| 505. | | | | | Sold (part) | 03/25/20 | K | A | |
| 506. | | | | | Buy (add'l) | 04/27/20 | K | | |
| 507. | | | | | Sold | 12/08/20 | K | A | |
| 508. - DTE Energy Co Com | A | Dividend | | | Buy | 03/24/20 | J | | |
| 509. | | | | | Buy (add'l) | 10/01/20 | J | | |
| 510. | | | | | Sold | 12/08/20 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 08/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 511.   - Eaton Corp PLC Com Ireland | A | Dividend | | | Buy | 03/05/20 | K | | |
| 512. | | | | | Sold<br>(part) | 03/25/20 | J | A | |
| 513. | | | | | Buy<br>(add'l) | 04/27/20 | K | | |
| 514. | | | | | Sold | 12/08/20 | K | A | |
| 515.   - Ebay Inc Com | A | Dividend | | | Buy | 04/30/20 | J | | |
| 516. | | | | | Buy<br>(add'l) | 06/11/20 | J | | |
| 517. | | | | | Buy<br>(add'l) | 07/23/20 | J | | |
| 518. | | | | | Buy<br>(add'l) | 09/17/20 | J | | |
| 519. | | | | | Buy<br>(add'l) | 11/27/20 | J | | |
| 520. | | | | | Sold | 12/08/20 | K | A | |
| 521.   - Extra Space Storage Inc Reits | A | Dividend | | | Buy | 04/06/20 | J | | |
| 522. | | | | | Buy<br>(add'l) | 04/07/20 | J | | |
| 523. | | | | | Buy<br>(add'l) | 05/28/20 | J | | |
| 524. | | | | | Sold | 12/08/20 | J | A | |
| 525.   - Fidelity Natl Information Svcs Inc Com | A | Dividend | | | Buy | 04/30/20 | J | | |
| 526. | | | | | Buy<br>(add'l) | 07/23/20 | J | | |
| 527. | | | | | Buy<br>(add'l) | 09/17/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 08/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 528. | | | | | Sold | 12/08/20 | K | A | |
| 529. - Northrop Grumman Corp Unsecd SR Pidi Nt Call 9/15/22 | A | Dividend | | | Sold | 10/08/20 | K | B | |
| 530. - Suncor Energy Inc New Com Canada | A | Dividend | | | Buy | 01/08/20 | K | | |
| 531. | | | | | Buy<br>(add'l) | 01/23/20 | J | | |
| 532. | | | | | Buy<br>(add'l) | 01/24/20 | J | | |
| 533. | | | | | Sold<br>(part) | 03/24/20 | J | A | |
| 534. | | | | | Sold | 03/25/20 | J | A | |
| 535. - TE Connectivity LTD Com Switzerland | A | Dividend | | | Buy | 06/11/20 | J | | |
| 536. | | | | | Buy<br>(add'l) | 06/12/20 | J | | |
| 537. | | | | | Sold | 12/08/20 | K | A | |
| 538. - Trane Tech Pub LTD Co Com Ireland | A | Dividend | | | Buy | 03/19/20 | J | | |
| 539. | | | | | Buy<br>(add'l) | 03/20/20 | J | | |
| 540. | | | | | Sold<br>(part) | 06/04/20 | J | | |
| 541. | | | | | Sold | 12/08/20 | K | A | |
| 542. - United Sattes Treas NT DTD 2/18/20 1.5% DUE 2/15/30 | A | Dividend | | | Buy | 06/02/20 | L | | |
| 543. | | | | | Sold | 10/23/20 | L | C | |
| 544. - United States Treas NT DTD 7/31/13 2% DUE 7/31/20 | A | Dividend | | | Buy | 02/20/20 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 08/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (*No reportable income, assets, or transactions.*)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 545. | | | | | Matured | 07/31/20 | L | C | |
| 546.  Trust #8 (H) | | | | | | | | | |
| 547.  - Acco Brands Corp Common | A | Dividend | J | T | Sold<br>(part) | 03/23/20 | J | A | |
| 548.  - Bank of America Temporary Overnight Deposit | A | Dividend | K | T | | | | | |
| 549.  - Blackrock Treasury Trust Fund Institutional Class | A | Dividend | L | T | | | | | |
| 550.  - Chemours Co Common | A | Dividend | J | T | Sold<br>(part) | 03/23/20 | J | A | |
| 551.  - Dominion Energy Inc Common | C | Dividend | | | Sold | 03/23/20 | J | A | |
| 552.  - Exelon Corp Common | A | Dividend | K | T | Sold<br>(part) | 03/23/20 | J | A | |
| 553.  - Exxon Mobil Corp Common | D | Dividend | L | T | Sold<br>(part) | 03/23/20 | J | A | |
| 554.  - Fortune Brands Home & Sec Inc Common | | | | | Sold | 03/23/20 | J | A | |
| 555.  - Texas Pac LC TR SUB CTF Prop I T | E | Dividend | P1 | T | Sold<br>(part) | 03/23/20 | K | E | |
| 556.  - Universal Corp VA Common | C | Dividend | K | T | Sold<br>(part) | 03/23/20 | J | A | |
| 557.  - Corteva Inc Com (formerly part of Dowdupont inc Common) | A | Dividend | K | T | Sold<br>(part) | 03/23/20 | J | A | |
| 558.  - Dow Inc Com (formerly part of Dowdupont Inc Common) | B | Dividend | K | T | Sold<br>(part) | 03/23/20 | J | A | |
| 559.  - Dupont De Nemours Inc Com (formerly Dowdupont Inc Common) | A | Dividend | K | T | Sold<br>(part) | 03/23/20 | J | A | |
| 560.  Insurance Trust #1 (H) | | | | | | | | | |
| 561.  - Prudential Whole Life | C | Dividend | L | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 08/03/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 562. Insurance Trust #2 (H) | | | | | | | | | |
| 563. - Genworth Universal Life | D | Interest | M | T | | | | | |
| 564. Trust #9 (H) | | | | | | | | | |
| 565. -- Goldman Sachs Bank USA Deposit | A | Interest | J | T | | | | | |
| 566. - GS Short Duration Tax Free Fund Class P Dividend | C | Dividend | M | T | Buy (add'l) | 06/04/20 | K | | |
| 567. | | | | | Sold (part) | 10/23/20 | J | A | |
| 568. - SPDR S&P Dividend ETF ETF Non-Qualified Gross Dividend | D | Dividend | M | T | Sold (part) | 09/28/20 | L | B | |
| 569. Real Estate LLC #1 (H) | | | | | | | | | |
| 570. - Undeveloped Tract, Charleston County, South Carolina | | None | M | W | | | | | |
| 571. - Goldman Sachs - Cash Account | A | Interest | J | T | | | | | |
| 572. Real Estate LLC #2 (33.3% interest) (H) | | | | | | | | | |
| 573. - Undeveloped Tracts A through D, Barnwell County, South Carolina | | | K | W | | | | | |
| 574. - Undeveloped Tracts A through H, Bamberg County, South Carolina | B | Rent | K | W | | | | | |
| 575. - Goldman Sachs - Cash Account | A | Interest | M | T | | | | | |
| 576. Real Estate LLC #3 (32.1% interest) (H) | | | | | | | | | |
| 577. - Vacation Property, Colleton County | | None | N | W | | | | | |
| 578. - First Citizens Bank - Cash Account | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 08/03/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. Real Estate Corporation (16.6% interest) (H) | | | | | | | | | |
| 580. - Undeveloped Tracts A, B, C, D, Barnwell County, South Carolina | A | Rent | L | W | | | | | |
| 581. - First Citizens Bank - Cash Account | A | Interest | J | T | | | | | |
| 582. Undeveloped Land, Barnwell County, South Carolina #1 (33.3% interest) | A | Rent | K | W | | | | | |
| 583. Undeveloped Land, Barnwell County, South Carolina #2 (20% interest) | | None | L | W | | | | | |
| 584. Undeveloped Land, Barnwell County, South Carolina #3 (16.6% interest) | | None | J | W | | | | | |
| 585. Undeveloped Land, Barnwell County, South Carolina #4 (25% interest) | A | Rent | J | W | | | | | |
| 586. Undeveloped Land, Bamberg County, South Carolina #1 (25% interest) | | None | J | W | | | | | |
| 587. Undeveloped Land, Bamberg County, South Carolina #2 (50% interest) | | None | K | W | | | | | |
| 588. Undeveloped Land, Bamberg County, South Carolina #3 (50% interest) | | None | J | W | | | | | |
| 589. Undeveloped Land, Bamberg County, South Carolina #4 (50% interest) | | None | J | W | | | | | |
| 590. Undeveloped Land, Florence County, South Carolina (16.6% interest) | | None | J | W | | | | | |
| 591. Trust #10 (33.3% interest) (H) | | | | | | | | | |
| 592. - Amex Consumers Staples Select Fund 'SDPDR' | C | Dividend | M | T | | | | | |
| 593. - GS Short Duration Tax Free Fund Class P | D | Dividend | O | T | Sold (part) | 03/27/20 | K | A | |
| 594. | | | | | Sold (part) | 05/07/20 | J | A | |
| 595. | | | | | Sold (part) | 06/17/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 08/03/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 596. | | | | | Buy<br>(add'l) | 06/22/20 | J | | |
| 597. | | | | | Sold<br>(part) | 08/12/20 | J | A | |
| 598. - SPD S&P Dividend ETF | D | Distribution | N | T | Sold<br>(part) | 07/13/20 | J | A | |
| 599. - Goldman Sachs Bank USA Deposit (BDA) | A | Interest | J | T | | | | | |
| 600. Real Estate LLC #4 (14.28%) (H) | | | | | | | | | |
| 601. - Undeveloped Land, Richland County,<br>South Carolina | | None | M | W | Buy | 08/12/20 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 08/03/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Julius N. Richardson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544